**SHA-1 Hash:** 9160EC016F56278F0A90E3EA1E881A52D43DF933   **Title**   Coucher Avec une Autre Fille
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.55.206.249 | 08/28/2012 23:05 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 69.255.109.111 | 08/16/2012 14:25 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 98.204.96.140 | 08/20/2012 17:34 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 216.15.25.34 | 08/14/2012 00:21 | Washington | DC | RCN Corporation | BitTorrent |
| 5 | 71.163.198.67 | 08/22/2012 08:30 | Washington | DC | Verizon Internet Services | BitTorrent |
| 6 | 71.178.140.158 | 08/20/2012 11:05 | Washington | DC | Verizon Internet Services | BitTorrent |
| 7 | 96.231.3.246 | 08/18/2012 10:21 | Washington | DC | Verizon Internet Services | BitTorrent |

Exhibit A