**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,

     Plaintiff,

v.                                                          <u>Civil Action No. 1:12-cv-01579-RLW</u>


JOHN DOES 1-7,

     Defendants.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 2 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 ("Defendant").   Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe 2 was assigned the IP Address 69.255.109.111.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 2 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  November 6, 2012

                                      Respectfully submitted,

                                      By: <u>   /s/ *Jon A. Hoppe*          </u>
                                      Jon A. Hoppe, Esquire
                                      jhoppe@mhhhlawfirm.com
                                      MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                      1401 Mercantile Lane #105
                                      Largo, Maryland 20774
                                      Phone:  301-341-2580
                                      *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe