AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF  Columbia

Malibu Media, LLC

V.

DOES 1-7

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:12-cv-01579-RLW

TO: Verizon Internet Services
Legal Compliance
P.O. Box 1001
San Angelo, TX 76902

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

In accordance with the provisions of the attached Order, the names, current (and permanent) addresses, telephone numbers, e-mail addresses, Media Access Control addresses of all individuals whose IP addresses are listed on the attached spreadsheet. Upon request, we will provide data in the most efficient and cost effective format.

| PLACE | DATE AND TIME |
|---|---|
| Verizon Internet Services, Legal Compliance<br>2701 South Johnson Street, San Angelo, TX 76904 | 11/12/2012 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Jon A. Hoppe*    Attorney for Plaintiff | 9/29/2012 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jon A. Hoppe, Esquire; 1401 Mercantile Lane #105; Largo, MD 20774; (301) 341-2580

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Malibu Media v. JD 1-7
DC40
Case No: 1:12-cv-01579
Verizon

| DOE# | IP | Hit date (UTC) |
|---|---|---|
| 5 | 71.163.198.67 | 8/22/2012 8:30 |
| 6 | 71.178.140.158 | 8/20/2012 11:05 |
| 7 | 96.231.3.246 | 8/18/2012 10:21 |